DANIEL CROUSE et al., Appellants, *v.* WALTER WHITTLESEY, Respondent.

(Submitted April 10, 1893; decided April 25, 1893.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made December 9, 1892, which reversed an order of Special Term denying a motion by defendant to have a judgment against him declared discharged of record and granted said motion.

*G. W. Adams* for appellants.

*C. D. Adams* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.